Case: 1:15-cr-00116-TSB Doc #: 507 Filed: 02/13/25 Page: 1 of 1  PAGEID #: 1934

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> RALPH LITTLETON (5) | Case No: 1:15CR116 <br> USM No: 75801-061 |
| Date of Original Judgment: 03/31/2020 <br> Date of Previous Amended Judgment: 03/04/2024 <br> *(Use Date of Last Amended Judgment if Any)* | Karen Savir, Esq. <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   120   months **is reduced to**   107   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/31/2020   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   02/13/2025

s/ Timothy S. Black
*Judge's signature*

Effective Date: 
*(if different from order date)*

Timothy S. Black, U.S. District Judge
*Printed name and title*