Case: 1:15-cr-00116-TSB Doc #: 509 Filed: 06/30/25 Page: 1 of 1  PAGEID #: 1936

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
Ralph Littleton

Case No: 1:15CR116
USM No: 75801-061

Date of Original Judgment: 03/31/2020
Date of Previous Amended Judgment: 02/13/2025
*(Use Date of Last Amended Judgment if Any)*

Karen Savir, Esq.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120  months **is reduced to**  time served  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/31/2020  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/30/2025

s/Timothy S. Black
*Judge's signature*

Effective Date: 10/22/2025
*(if different from order date)*

Timothy S. Black, United States District Judge
*Printed name and title*